**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

CARL LEONARD GOLDBERG,

     Plaintiff,

v.

IROCK LOANS, LLC,
IROCK LOANS CBF, LLC,
-IROCKLOANS I, LLC,
ROCK IT RENTALS, LLC,
ROCK IT PROPERTIES I, LLC,
ACTIVE PROPERTIES, LLC,
REALPRO, INC.,
REAL PRO RENTALS, LLC,
REALPRO HOLDINGS, INC.,
MARY BATISTA, and
JAMES VILLARROEL,

     Defendants.

_____/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff CARL LEONARD GOLDBERG ("Goldberg") brings this action against

Defendants IROCK LOANS, LLC, IROCK LOANS CBF, LLC, -IROCKLOANS I, LLC,

ROCK IT RENTALS, LLC, ROCK IT PROPERTIES I, LLC, ACTIVE PROPERTIES, LLC,

REALPRO, INC., REAL PRO RENTALS, LLC, REALPRO HOLDINGS, INC., MARY

BATISTA ("Batista"), and JAMES VILLARROEL ("Villarroel") and alleges as follows:

1.      This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§ 201-219

("FLSA"). Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.      At all times material hereto, Plaintiff was a resident of Florida and an "employee" of

Defendants as defined by the FLSA.

1

3. At all times material hereto, IRock Loans, LLC was a Florida corporation that regularly transacted business in Broward County, Florida.

4. At all times material hereto, IRock Loans CBF, LLC was a Florida corporation that regularly transacted business in Broward County, Florida.

5. At all times material hereto, -IRockloans I, LLC was a Florida corporation that regularly transacted business in Broward County, Florida.

6. At all times material hereto, Rock It Rentals, LLC was a Florida corporation that regularly transacted business in Broward County, Florida.

7. At all times material hereto, Rock It Properties I, LLC was a Florida corporation that regularly transacted business in Broward County, Florida.

8. At all times material hereto, Active Properties, LLC was a Florida corporation that regularly transacted business in Broward County, Florida.

9. At all times material hereto, RealPro, Inc. was a Florida corporation that regularly transacted business in Broward County, Florida.

10. At all times material hereto, Real Pro Rentals, LLC was a Florida corporation that regularly transacted business in Broward County, Florida.

11. At all times material hereto, RealPro Holdings, Inc. was a Florida corporation that regularly transacted business in Broward County, Florida.

12. Upon information and belief, IRock Loans, LLC's gross sales or business generated was over $500,000 per year at all times material hereto.

13. IRock Loans, LLC has employees handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce, including but not limited to computers, phones, pens, and paper.

14. IRock Loans, LLC was an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

15. Upon information and belief, IRock Loans CBF, LLC's gross sales or business generated was over $500,000 per year at all times material hereto.

16. IRock Loans CBF, LLC has employees handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce, including but not limited to computers, phones, pens, and paper.

17. IRock Loans CBF, LLC was an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

18. Upon information and belief, -IRockloans I, LLC's gross sales or business generated was over $500,000 per year at all times material hereto.

19. -IRockloans I, LLC has employees handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce, including but not limited to computers, phones, pens, and paper.

20. -IRockloans I, LLC was an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

21. Upon information and belief, Rock It Rentals, LLC's gross sales or business generated was over $500,000 per year at all times material hereto.

22. Rock It Rentals, LLC has employees handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce, including but not limited to computers, phones, pens, and paper.

23. Rock It Rentals, LLC was an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

24. Upon information and belief, Rock It Properties I, LLC's gross sales or business generated was over $500,000 per year at all times material hereto.

25. Rock It Properties I, LLC has employees handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce, including but not limited to computers, phones, pens, and paper.

26. Rock It Properties I, LLC was an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

27. Upon information and belief, Active Properties, LLC's gross sales or business generated was over $500,000 per year at all times material hereto.

28. Active Properties, LLC has employees handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce, including but not limited to computers, phones, pens, and paper.

29. Active Properties, LLC was an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

30. Upon information and belief, RealPro, Inc.'s gross sales or business generated was over $500,000 per year at all times material hereto.

31. RealPro, Inc. has employees handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce, including but not limited to computers, phones, pens, and paper.

32. RealPro, Inc. was an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

33. Upon information and belief, Real Pro Rentals, LLC's gross sales or business generated was over $500,000 per year at all times material hereto.

34. Real Pro Rentals, LLC has employees handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce, including but not limited to computers, phones, pens, and paper.

35. Real Pro Rentals, LLC was an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

36. Upon information and belief, RealPro Holdings, Inc.'s gross sales or business generated was over $500,000 per year at all times material hereto.

37. RealPro Holdings, Inc. has employees handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce, including but not limited to computers, phones, pens, and paper.

38. RealPro Holdings, Inc. was an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

39. At all times material hereto, Goldberg engaged in interstate commerce on a regular and recurring basis, including but not limited to interstate travel to Texas, Illinois, Mississippi, Alabama, and Oklahoma multiple times per month.

40. At all times material hereto, Goldberg engaged in interstate communication on a regular and recurring basis, including but not limited to communication via telephone and email with tenants and property owners located in Texas, Illinois, Mississippi, Alabama, and Oklahoma multiple times per month.

41. Goldberg engaged in interstate commerce on a regular and recurring basis and is individually covered by the FLSA.

42. IRock Loans, LLC, IRock Loans CBF, LLC, -IRockloans I, LLC, Rock It Rentals, LLC, Rock It Properties I, LLC, Active Properties, LLC, RealPro, Inc., Real Pro Rentals, LLC, and

5

RealPro Holdings, Inc. are a single enterprise under the FLSA, performed related activities through unified operation and common control for a common business purpose, engaged along with their employees in interstate commerce, and upon information and belief have combined annual gross sales and/or business volume of $500,000 or more.

43.     IRock Loans, LLC, IRock Loans CBF, LLC, -IRockloans I, LLC, Rock It Rentals, LLC, Rock It Properties I, LLC, Active Properties, LLC, RealPro, Inc., Real Pro Rentals, LLC, and RealPro Holdings, Inc. were joint employers of Plaintiff under the FLSA, shared Plaintiff's services, had Plaintiff acting in the interest of each business, and shared common control of Plaintiff.

44.     Batista is an FLSA employer as defined in 29 U.S.C. § 203(d), is an owner and/or manager of IRock Loans, LLC, IRock Loans CBF, LLC, -IRockloans I, LLC, Rock It Rentals, LLC, Rock It Properties I, LLC, Active Properties, LLC, RealPro, Inc., Real Pro Rentals, LLC, and RealPro Holdings, Inc., ran the day-to-day operations, had operational control over IRock Loans, LLC, IRock Loans CBF, LLC, -IRockloans I, LLC, Rock It Rentals, LLC, Rock It Properties I, LLC, Active Properties, LLC, RealPro, Inc., Real Pro Rentals, LLC, and RealPro Holdings, Inc., and was directly involved in decisions affecting duties, employee compensation, and hours worked by employees, such as Plaintiff.

45.     Villarroel is an FLSA employer as defined in 29 U.S.C. § 203(d), is an owner and/or manager of IRock Loans, LLC, IRock Loans CBF, LLC, -IRockloans I, LLC, Rock It Rentals, LLC, Rock It Properties I, LLC, Active Properties, LLC, RealPro, Inc., Real Pro Rentals, LLC, and RealPro Holdings, Inc., ran the day-to-day operations, had operational control over IRock Loans, LLC, IRock Loans CBF, LLC, -IRockloans I, LLC, Rock It Rentals, LLC, Rock It Properties I, LLC, Active Properties, LLC, RealPro, Inc., Real Pro Rentals, LLC, and RealPro

Holdings, Inc., and was directly involved in decisions affecting duties, employee compensation, and hours worked by employees, such as Plaintiff.

46. IRock Loans, LLC operates a business engaged in property management, renovation, investing and flipping.

47. IRock Loans CBF, LLC operates a business engaged in property management, renovation, investing and flipping.

48. -IRockloans I, LLC operates a business engaged in property management, renovation, investing and flipping.

49. Rock It Rentals, LLC operates a business engaged in property management, renovation, investing and flipping.

50. Rock It Properties I, LLC operates a business engaged in property management, renovation, investing and flipping.

51. Active Properties, LLC operates a business engaged in property management, renovation, investing and flipping.

52. RealPro, Inc. operates a business engaged in property management, renovation, investing and flipping.

53. Real Pro Rentals, LLC operates a business engaged in property management, renovation, investing and flipping.

54. RealPro Holdings, Inc. operates a business engaged in property management, renovation, investing and flipping.

55. Goldberg worked for Defendants as a property inspector.

56. Defendants failed to pay Goldberg's full and proper overtime wages.

57. Defendants knowingly and willfully refused to pay Plaintiff's legally-entitled wages.

7

58.    Attached as **Exhibit A** is a preliminary calculation of Goldberg's claims including date ranges, hours worked, rates of pay, and unpaid wages; these amounts may change as Plaintiff engages in the discovery process.

59.    Plaintiff retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**VIOLATION OF THE FAIR LABOR STANDARDS ACT**
**AGAINST ALL DEFENDANTS**

60.    Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-59 above as if set forth herein in full.

61.    Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), Plaintiff is entitled to (i) time-and-a-half overtime pay and (ii) liquidated damages.

62.    Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
800 East Cypress Creek Road Suite 421
Fort Lauderdale, Florida 33334
Tel:    (786) 924-9929
Fax:    (786) 358-6071
Email: dc@kozlawfirm.com

_____
Dillon S. Cuthbertson, Esq.
Florida Bar No. 1056382