**Exhibit A**

**Billing Statement**

**Koz Law, P.A.**

| Date | B | Time Billed | Description | | Fees Billed |
|---|---|---|---|---|---|
| 3/10/25 | EK | 2.5 | Met and Interviewed Client Carl Goldberg | $ | 1,125.00 |
| 3/11/25 | EK | 0.3 | Prepared Complaint against all Defendants | $ | 135.00 |
| 3/11/25 | EK | 0.3 | Prepared Exhibit A to the Complaint, the Statement of Claim | $ | 135.00 |
| 3/11/25 | EK | 0.1 | Reviewed DE 2, Judge Assignment, and DE 3, Summonses | $ | 45.00 |
| 3/11/25 | EK | 0.2 | Prepared Waivers of Service and sent to OC to execute | $ | 90.00 |
| 3/11/25 | DC | 0.1 | Reviewed and filed DE 1, 1-1, 1-2, 1-3 COMPLAINT against All Defendants. Filing fees 405.00 receipt number AFLSDC-18272300 filed by Carl. | $ | 40.00 |
| 3/11/25 | EK | 0.1 | Reviewed DE 3, Summons Issued as to -IRockloans I LLC Active Properties LLC Mary Batista IRock Loans CBF LLC. | $ | 45.00 |
| 3/13/25 | EK | 0.3 | Exchanged series of emails with OC regarding completion of Waivers of service | $ | 135.00 |
| 3/14/25 | EK | 0.1 | Reviewed email from OC with executed Waivers of Service | $ | 45.00 |
| 3/17/25 | EK | 0.1 | Reviewed DE 4, Notice to Parties in FLSA cases, and DE 5, Order to File JSR | $ | 45.00 |
| 3/18/25 | EK | 2.5 | Met and Interviewed Client Elbay Ahmadov | $ | 1,125.00 |
| 3/18/25 | EK | 0.2 | Reviewed DE 6-16, WAIVERS OF SERVICES | $ | 90.00 |
| 3/20/25 | EK | 0.1 | Reviewed DE 17, Notice of Attorney Appearance | $ | 45.00 |
| 3/20/25 | EK | 0.1 | Prepared DE 18, Notice of Attorney Appearance | $ | 45.00 |
| 3/21/25 | EK | 0.4 | Prepared draft of Proposed JSR with scheduling order | $ | 180.00 |
| 3/21/25 | EK | 0.2 | Composed and sent email to OC with Court Required document production, and conferring on JSR and mediator selection, Settlement Conference dates, and requesting Defendant's documents | $ | 90.00 |
| 3/21/25 | EK | 0.2 | Prepared DE 19, Plaintiffs AMENDED COMPLAINT against All Defendants filed by Carl Leonard Goldberg Elbay Ahmadov. | $ | 90.00 |
| 4/8/25 | DC | 0.2 | Call with Client to discuss threats from Defendant | $ | 80.00 |
| 4/8/25 | DC | 0.1 | Reviewed threatening text message from Defendant sent to Client | $ | 40.00 |
| 5/12/25 | EK | 0.4 | Reviewed DE 20, Defendant's Answer and Affirmative Defenses | $ | 180.00 |
| 6/1/25 | EK | 0.1 | Sent email to OC following up on proposed JSR and reviewed reply | $ | 45.00 |
| 6/16/25 | EK | 0.3 | Reviewed email from OC with Defendant's Revisions to proposed JSR, Reviewed revisions, and sent reply | $ | 135.00 |
| 6/16/25 | EK | 0.2 | Reviewed DE 22, Order Setting Trial and other case dates | $ | 90.00 |
| 6/16/25 | EK | 0.1 | Reviewed DE 21, Joint SCHEDULING REPORT - Rule by Elbay Ahmadov Carl Leonard Goldberg. | $ | 45.00 |
| 6/17/25 | EK | 0.1 | Sent email to OC conferring on mediatior and reviewed reply | $ | 45.00 |
| 6/20/25 | EK | 1.2 | Prepared Carl Leonard Goldberg’s First Set of Interrogatories to Defendant -IRockloans I, LLC consisting of 23 Interrogatories. | $ | 540.00 |
| 6/20/25 | EK | 0.4 | Prepared Carl Leonard Goldberg’s First Set of Interrogatories to Defendant Active Properties, LLC consisting of 23 Interrogatories. | $ | 180.00 |
| 6/20/25 | EK | 0.3 | Prepared Carl Leonard Goldberg’s First Set of Interrogatories to Defendant IRock Loans CBF, LLC consisting of 23 Interrogatories. | $ | 135.00 |
| 6/20/25 | EK | 0.5 | Prepared Carl Leonard Goldberg’s First Set of Interrogatories to Defendant IRock Loans, LLC consisting of 23 Interrogatories. | $ | 225.00 |
| 6/20/25 | EK | 1.3 | Prepared Carl Leonard Goldberg’s First Set of Interrogatories to Defendant James Villarroel consisting of 25 Interrogatories. | $ | 585.00 |
| 6/21/25 | EK | 0.3 | Prepared Carl Leonard Goldberg’s First Set of Interrogatories to Defendant Mary Batista consisting of 25 Interrogatories. | $ | 135.00 |
| 6/21/25 | EK | 0.4 | Prepared Carl Leonard Goldberg’s First Set of Interrogatories to Defendant Real Pro Rentals, LLC consisting of 23 Interrogatories. | $ | 180.00 |
| 6/21/25 | EK | 0.3 | Prepared Carl Leonard Goldberg’s First Set of Interrogatories to Defendant RealPro Holdings, Inc. consisting of 23 Interrogatories. | $ | 135.00 |
| 6/21/25 | EK | 0.4 | Prepared Carl Leonard Goldberg’s First Set of Interrogatories to Defendant RealPro, Inc. consisting of 23 Interrogatories. | $ | 180.00 |
| 6/21/25 | EK | 0.5 | Prepared Carl Leonard Goldberg’s First Set of Interrogatories to Defendant Rock It Properties I, LLC consisting of 23 Interrogatories. | $ | 225.00 |
| 6/21/25 | EK | 0.5 | Prepared Carl Leonard Goldberg’s First Set of Interrogatories to Defendant Rock It Rentals, LLC consisting of 23 Interrogatories. | $ | 225.00 |
| 6/21/25 | EK | 1.1 | Prepared Elbay Ahmadov’s First Set of Interrogatories to Defendant -IRockloans I, LLC consisting of 21 Interrogatories. | $ | 495.00 |
| 6/21/25 | EK | 0.4 | Prepared Elbay Ahmadov’s First Set of Interrogatories to Defendant Active Properties, LLC consisting of 21 Interrogatories. | $ | 180.00 |

EK = Elliot Kozolchyk
DC = Dillon Cuthbertson
AG = Adam Grondin

**Exhibit A**

**Billing Statement**

**Koz Law, P.A.**

| Date | B | Time Billed | Description | Fees Billed |
|---|---|---|---|---|
| 6/21/25 | EK | 0.4 | Prepared Elbay Ahmadov's First Set of Interrogatories to Defendant IRock Loans CBF, LLC consisting of 21 Interrogatories. | $ 180.00 |
| 6/23/25 | EK | 0.5 | Prepared Elbay Ahmadov's First Set of Interrogatories to Defendant IRock Loans, LLC consisting of 21 Interrogatories. | $ 225.00 |
| 6/23/25 | EK | 0.5 | Prepared Elbay Ahmadov's First Set of Interrogatories to Defendant James Villarroel consisting of 25 Interrogatories. | $ 225.00 |
| 6/23/25 | EK | 0.5 | Prepared Elbay Ahmadov's First Set of Interrogatories to Defendant Mary Batista consisting of 25 Interrogatories. | $ 225.00 |
| 6/23/25 | EK | 0.1 | Reviewed email from OC regarding mediatior selection | $ 45.00 |
| 6/23/25 | EK | 0.4 | Prepared Elbay Ahmadov's First Set of Interrogatories to Defendant Real Pro Rentals, LLC consisting of 21 Interrogatories. | $ 180.00 |
| 6/23/25 | EK | 0.5 | Prepared Elbay Ahmadov's First Set of Interrogatories to Defendant RealPro Holdings, Inc. consisting of 21 Interrogatories. | $ 225.00 |
| 6/23/25 | EK | 0.4 | Prepared Elbay Ahmadov's First Set of Interrogatories to Defendant RealPro, Inc. consisting of 21 Interrogatories. | $ 180.00 |
| 6/24/25 | EK | 0.5 | Prepared Elbay Ahmadov's First Set of Interrogatories to Defendant Rock It Properties I, LLC consisting of 21 Interrogatories. | $ 225.00 |
| 6/24/25 | EK | 0.3 | Prepared Elbay Ahmadov's First Set of Interrogatories to Defendant Rock It Rentals, LLC consisting of 21 Interrogatories. | $ 135.00 |
| 6/27/25 | EK | 1.2 | Prepared Carl Leonard Goldberg's First Request for Production to Defendant -IRockloans I, LLC consisting of 75 Requests for Production. | $ 540.00 |
| 6/27/25 | EK | 0.4 | Prepared Carl Leonard Goldberg's First Request for Production to Defendant Active Properties, LLC consisting of 75 Requests for Production. | $ 180.00 |
| 6/27/25 | EK | 0.3 | Prepared Carl Leonard Goldberg's First Request for Production to Defendant IRock Loans CBF, LLC consisting of 75 Requests for Production. | $ 135.00 |
| 6/27/25 | EK | 0.4 | Prepared Carl Leonard Goldberg's First Request for Production to Defendant IRock Loans, LLC consisting of 75 Requests for Production. | $ 180.00 |
| 6/30/25 | EK | 0.7 | Prepared Carl Leonard Goldberg's First Request for Production to Defendant James Villarroel consisting of 43 Requests for Production. | $ 315.00 |
| 7/1/25 | EK | 0 | Reviewed DE 24, ORDER TO SHOW CAUSE re DE [22] Scheduling Order Order Referring Case to Mediation Order Referring. | $ - |
| 7/1/25 | EK | 0.1 | Prepared DE 25, Plaintiffs NOTICE of Mediator Selection. and Response to Order to Show Cause SelectedAdded Daniel. | $ 45.00 |
| 7/8/25 | EK | 0.4 | Prepared Carl Leonard Goldberg's First Request for Production to Defendant Mary Batista consisting of 43 Requests for Production. | $ 180.00 |
| 7/8/25 | EK | 0.5 | Prepared Carl Leonard Goldberg's First Request for Production to Defendant Real Pro Rentals, LLC consisting of 75 Requests for Production. | $ 225.00 |
| 7/8/25 | EK | 0.5 | Prepared Carl Leonard Goldberg's First Request for Production to Defendant RealPro Holdings, Inc. consisting of 75 Requests for Production. | $ 225.00 |
| 7/8/25 | EK | 0.4 | Prepared Carl Leonard Goldberg's First Request for Production to Defendant RealPro, Inc. consisting of 75 Requests for Production. | $ 180.00 |
| 7/8/25 | EK | 0.3 | Prepared Carl Leonard Goldberg's First Request for Production to Defendant Rock It Properties I, LLC consisting of 75 Requests for Production. | $ 135.00 |
| 7/8/25 | EK | 0.3 | Prepared Carl Leonard Goldberg's First Request for Production to Defendant Rock It Rentals, LLC consisting of 75 Requests for Production. | $ 135.00 |
| 7/9/25 | EK | 0.5 | Prepared Elbay Ahmadov's First Request for Production to Defendant -IRockloans I, LLC consisting of 75 Requests for Production. | $ 225.00 |
| 7/9/25 | EK | 0.3 | Prepared Elbay Ahmadov's First Request for Production to Defendant Active Properties, LLC consisting of 75 Requests for Production. | $ 135.00 |
| 7/9/25 | EK | 0.3 | Prepared Elbay Ahmadov's First Request for Production to Defendant IRock Loans CBF, LLC consisting of 75 Requests for Production. | $ 135.00 |
| 7/9/25 | EK | 0.5 | Prepared Elbay Ahmadov's First Request for Production to Defendant IRock Loans, LLC consisting of 75 Requests for Production. | $ 225.00 |
| 7/9/25 | EK | 0.7 | Prepared Elbay Ahmadov's First Request for Production to Defendant James Villarroel consisting of 46 Requests for Production. | $ 315.00 |
| 7/9/25 | EK | 0.3 | Prepared Elbay Ahmadov's First Request for Production to Defendant Mary Batista consisting of 46 Requests for Production. | $ 135.00 |



EK = Elliot Kozolchyk
DC = Dillon Cuthbertson
AG = Adam Grondin

**Exhibit A**

**Billing Statement**

**Koz Law, P.A.**

| Date | B | Time Billed | Description | | Fees Billed |
|---|---|---|---|---|---|
| 7/9/25 | EK | 0.4 | Prepared Elbay Ahmadov's First Request for Production to Defendant Real Pro Rentals, LLC consisting of 75 Requests for Production. | $ | 180.00 |
| 7/9/25 | EK | 0.3 | Prepared Elbay Ahmadov's First Request for Production to Defendant RealPro Holdings, Inc. consisting of 75 Requests for Production. | $ | 135.00 |
| 7/10/25 | EK | 0.4 | Prepared Elbay Ahmadov's First Request for Production to Defendant RealPro, Inc. consisting of 75 Requests for Production. | $ | 180.00 |
| 7/10/25 | EK | 0.3 | Prepared Elbay Ahmadov's First Request for Production to Defendant Rock It Properties I, LLC consisting of 75 Requests for Production. | $ | 135.00 |
| 7/10/25 | EK | 0.3 | Prepared Elbay Ahmadov's First Request for Production to Defendant Rock It Rentals, LLC consisting of 75 Requests for Production. | $ | 135.00 |
| 7/11/25 | EK | 1.3 | Prepared Carl Leonard Goldberg's First Request for Admissions to Defendant -IRockloans I, LLC consisting of 224 Requests for Admissions. | $ | 585.00 |
| 7/11/25 | EK | 0.3 | Prepared Carl Leonard Goldberg's First Request for Admissions to Defendant Active Properties, LLC consisting of 224 Requests for Admissions. | $ | 135.00 |
| 7/11/25 | EK | 0.3 | Prepared Carl Leonard Goldberg's First Request for Admissions to Defendant IRock Loans CBF, LLC consisting of 224 Requests for Admissions. | $ | 135.00 |
| 7/11/25 | EK | 0.5 | Prepared Carl Leonard Goldberg's First Request for Admissions to Defendant IRock Loans, LLC consisting of 224 Requests for Admissions. | $ | 225.00 |
| 7/11/25 | EK | 2.1 | Prepared Carl Leonard Goldberg's First Request for Admissions to Defendant James Villarroel consisting of 244 Requests for Admissions. | $ | 945.00 |
| 7/11/25 | EK | 0.4 | Prepared Carl Leonard Goldberg's First Request for Admissions to Defendant Mary Batista consisting of 244 Requests for Admissions. | $ | 180.00 |
| 7/11/25 | EK | 0.5 | Prepared Carl Leonard Goldberg's First Request for Admissions to Defendant Real Pro Rentals, LLC consisting of 224 Requests for Admissions. | $ | 225.00 |
| 7/13/25 | EK | 0.4 | Prepared Carl Leonard Goldberg's First Request for Admissions to Defendant RealPro Holdings, Inc. consisting of 224 Requests for Admissions. | $ | 180.00 |
| 7/13/25 | EK | 0.5 | Prepared Carl Leonard Goldberg's First Request for Admissions to Defendant RealPro, Inc. consisting of 224 Requests for Admissions. | $ | 225.00 |
| 7/14/25 | EK | 0.5 | Prepared Carl Leonard Goldberg's First Request for Admissions to Defendant Rock It Properties I, LLC consisting of 224 Requests for Admissions. | $ | 225.00 |
| 7/14/25 | EK | 0.5 | Prepared Carl Leonard Goldberg's First Request for Admissions to Defendant Rock It Rentals, LLC consisting of 224 Requests for Admissions. | $ | 225.00 |
| 7/14/25 | EK | 0.5 | Prepared Elbay Ahmadov's First Request for Admissions to Defendant -IRockloans I, LLC consisting of 244 Requests for Admissions. | $ | 225.00 |
| 7/14/25 | EK | 0.4 | Prepared Elbay Ahmadov's First Request for Admissions to Defendant Active Properties, LLC consisting of 244 Requests for Admissions. | $ | 180.00 |
| 7/14/25 | EK | 0.3 | Prepared Elbay Ahmadov's First Request for Admissions to Defendant IRock Loans CBF, LLC consisting of 244 Requests for Admissions. | $ | 135.00 |
| 7/14/25 | EK | 0.4 | Prepared Elbay Ahmadov's First Request for Admissions to Defendant IRock Loans, LLC consisting of 244 Requests for Admissions. | $ | 180.00 |
| 7/14/25 | EK | 0.9 | Prepared Elbay Ahmadov's First Request for Admissions to Defendant James Villarroel consisting of 256 Requests for Admissions. | $ | 405.00 |
| 7/14/25 | EK | 0.4 | Prepared Elbay Ahmadov's First Request for Admissions to Defendant Mary Batista consisting of 256 Requests for Admissions. | $ | 180.00 |
| 7/16/25 | EK | 0.5 | Prepared Elbay Ahmadov's First Request for Admissions to Defendant Real Pro Rentals, LLC consisting of 244 Requests for Admissions. | $ | 225.00 |
| 7/16/25 | EK | 0.4 | Prepared Elbay Ahmadov's First Request for Admissions to Defendant RealPro Holdings, Inc. consisting of 244 Requests for Admissions. | $ | 180.00 |
| 7/16/25 | EK | 0.3 | Prepared Elbay Ahmadov's First Request for Admissions to Defendant RealPro, Inc. consisting of 244 Requests for Admissions. | $ | 135.00 |
| 7/16/25 | EK | 0.5 | Prepared Elbay Ahmadov's First Request for Admissions to Defendant Rock It Properties I, LLC consisting of 244 Requests for Admissions. | $ | 225.00 |
| 7/17/25 | EK | 0.5 | Prepared Elbay Ahmadov's First Request for Admissions to Defendant Rock It Rentals, LLC consisting of 244 Requests for Admissions. | $ | 225.00 |
| 7/17/25 | EK | 0.1 | Sent email to OC regarding scheduling of mediation | $ | 45.00 |
| 7/28/25 | EK | 0.1 | Sent email to OC following up on mediation scheduling | $ | 45.00 |
| 8/5/25 | EK | 0.1 | Sent email to OC following up on mediation scheduling and reviewed response | $ | 45.00 |
| 8/6/25 | EK | 0.1 | Telephone call with OC regarding mediation and settlement | $ | 45.00 |

EK = Elliot Kozolchyk
DC = Dillon Cuthbertson
AG = Adam Grondin

**Exhibit A**

**Billing Statement**

**Koz Law, P.A.**

| Date | B | Time Billed | Description | | Fees Billed |
|---|---|---|---|---|---|
| 8/6/25 | EK | 0.5 | Phone call with Client with case update and to construct Plaintiff's settlement offer | $ | 225.00 |
| 8/6/25 | EK | 0.3 | Sent email to OC memorializing agremeents made during the call regarding Amending the complaint and with Plaintiff's settlement offer terms | $ | 135.00 |
| 8/14/25 | EK | 0.1 | Reviewed email from OC conferring on extension of time to response to Plaintiff's deiscovery requests and sent reply | $ | 45.00 |
| 8/25/25 | EK | 0.2 | Reviewed DE 26, Defendant's First Request for Admissions to Plaintiff | $ | 90.00 |
| 9/4/25 | EK | 0.1 | Reviewed email from OC conferring on second extension of time to response to Plaintiff's deiscovery requests and sent reply | $ | 45.00 |
| 9/22/25 | DC | 0.1 | Emailed OC request for additional time to complete Defendants' discovery requests | $ | 40.00 |
| 9/23/25 | EK | 0.1 | Sent email to OC regarding phone conferral and reviewed reply | $ | 45.00 |
| 9/24/25 | EK | 0.1 | Sent email to OC with Plaintiff's Amended Statement of Claim | $ | 45.00 |
| 10/2/25 | EK | 0.3 | Reviewed email from OC with Defendant's First Interrogatories to each Plaintiff | $ | 135.00 |
| 10/2/25 | EK | 0.3 | Reviewed email from OC with Defendant's First Request for Admissions to each Plaintiff | $ | 135.00 |
| 10/13/25 | EK | 0.2 | Reviewed email from OC regarding Defendant's intended deposition of Plaintiffs and regarding third party depositions | $ | 90.00 |
| 10/13/25 | EK | 0.1 | Email to Client Goldberg regarding deposition | $ | 45.00 |
| 10/13/25 | EK | 0.1 | Email to Client Ahmadov regarding deposition | $ | 45.00 |
| 10/24/25 | DC | 0.2 | Called clients to confirm availability for depositions (.1), responded to OC's email scheduling depositions, and conferring on a joint motion to reset scheduling order to allow more time for discovery and depositions | $ | 80.00 |
| 10/27/25 | DC | 0.1 | Emailed lists of additional evidence to bring with clients to their Discovery meetings this week | $ | 40.00 |
| 10/27/25 | DC | 0.7 | Conferred with OC on Joint Motion to Amend Discovery Plan and For Deposition Dates (.1), Drafted Joint Motion to Amend Discovery Plan and Proposed Order (.5) and Forwarded to OC for Review (.1) | $ | 280.00 |
| 10/29/25 | EK | 0.1 | Reviewed DE 27, Joint MOTION to AmendCorrect [22] Scheduling Order, Order Referring Case to Mediation, Order Referr. | $ | 45.00 |
| 10/29/25 | DC | 4.1 | Met with client Ahmadov to answer admissions (over 200) and over 60 interrogatories | $ | 1,640.00 |
| 10/29/25 | DC | 0.1 | Emailed Attorney Chris Rubio at Parkins Rubio to obtain a copy of Ahmadov's deposition in the Bankrupty Action of Defendants in West Texas | $ | 40.00 |
| 10/29/25 | DC | 0.9 | Reviewed Deposition transcript of Ahmadov from West Texas BK Action of Defendants | $ | 360.00 |
| 10/29/25 | DC | 0.1 | Responded to OC's email on Plalinitff's and Defendants' deposition dates | $ | 40.00 |
| 10/29/25 | DC | 0.6 | Drafted Joint Motion to Amend Scheduling Order to Amend Fact Discovery Deadline 30 days and Dispositive motion deadline 30 days (.4), Drafted Proposed Order, Filed and Emailed Proposed Order to Chambers (.2) | $ | 240.00 |
| 10/30/25 | EK | 0.1 | Reviewed DE 28, ORDER GRANTING JOINT MOTION TO AMEND DISCOVERY CUTOFF AND SUBSTANTIVE PRETRIAL MOTION DEADLINES gran. | $ | 45.00 |
| 10/30/25 | DC | 4.4 | Met with client Goldverg to answer admissions (over 200) and over 60 interrogatories | $ | 1,760.00 |
| 10/31/25 | DC | 0.1 | Emailed OC for Plaintiff's Depositions availability, and confirming dates for Defendants Depositions | $ | 40.00 |
| 11/5/25 | EK | 3.4 | Reviewed Plaintiff's production of documents PLA000001-049730. | $ | 1,530.00 |
| 11/5/25 | DC | 0.3 | Prepared Notices of Deposition for Defendants James Villarroel and Mary Batista, and Mary Batista as 30(b)(6) Corporate Representative of the Corporate Defendants, and served on OC | $ | 120.00 |
| 11/6/25 | EK | 3.6 | Reviewed Plaintiff's production of documents PLA049731-102101. | $ | 1,620.00 |
| 11/6/25 | DC | 0.1 | Respond to OC's email for availability for Depositions | $ | 40.00 |
| 11/7/25 | EK | 3.8 | Reviewed Plaintiff's production of documents PLA102102-147357. | $ | 1,710.00 |
| 11/7/25 | DC | 0.3 | Drafted and sent email to client re: deposition scheduling, deposition prep, Defendants' depositions, and availability | $ | 120.00 |
| 11/8/25 | EK | 3.1 | Reviewed Plaintiff's production of documents PLA147358-197772. | $ | 1,395.00 |
| 11/9/25 | EK | 3.6 | Reviewed Plaintiff's production of documents PLA197773-248181. | $ | 1,620.00 |
| 11/10/25 | EK | 3.7 | Reviewed Plaintiff's production of documents PLA248182-308695. | $ | 1,665.00 |
| 11/10/25 | DC | 0.1 | Scheduled Call with outside Attorney Stanley Swiderski to discuss deposition dates | $ | 40.00 |
| 11/11/25 | EK | 4.5 | Reviewed Plaintiff's production of documents PLA308696-352791. | $ | 2,025.00 |
| 11/11/25 | DC | 0.3 | Conversation with Stanley Swiderski re: Tahir Ahmadov deposition; Forwarded all Deposition Notices to him for his attendance | $ | 120.00 |

EK = Elliot Kozolchyk
DC = Dillon Cuthbertson
AG = Adam Grondin

**Exhibit A**

**Billing Statement**

**Koz Law, P.A.**

| Date | B | Time Billed | Description | | Fees Billed |
|---|---|---|---|---|---|
| 11/11/25 | DC | 0.1 | Email to Clients re: additional documents to produce | $ | 40.00 |
| 11/12/25 | AG | 2 | Drafted Initial Responses to 170 Requests for Production | $ | 600.00 |
| 11/13/25 | EK | 3.4 | Reviewed Plaintiff's production of documents PLA352792-410028. | $ | 1,530.00 |
| 11/13/25 | AG | 1 | Drafted Initial Responses to 90 Requests for Production | $ | 300.00 |
| 11/14/25 | EK | 4.2 | Reviewed Plaintiff's production of documents PLA410029-464300. | $ | 1,890.00 |
| 11/14/25 | AG | 2.7 | Drafted Initial Responses to 90 Interrogatories | $ | 810.00 |
| 11/14/25 | AG | 2 | Drafted Initial Responses to 125 Interrogatories | $ | 600.00 |
| 11/15/25 | EK | 4.1 | Reviewed Plaintiff's production of documents PLA464301-513961. | $ | 1,845.00 |
| 11/16/25 | EK | 3.7 | Reviewed Plaintiff's production of documents PLA513962-568790. | $ | 1,665.00 |
| 11/17/25 | EK | 3.9 | Reviewed Plaintiff's production of documents PLA568791-631300. | $ | 1,755.00 |
| 11/18/25 | EK | 4.4 | Reviewed Plaintiff's production of documents PLA631301-680516. | $ | 1,980.00 |
| 11/18/25 | AG | 4.3 | Reviewing and Redacting over 6000 pages of documents | $ | 1,290.00 |
| 11/18/25 | AG | 2.2 | Drafted Initial Responses to 116 Interrogatories | $ | 660.00 |
| 11/19/25 | EK | 3.6 | Reviewed Plaintiff's production of documents PLA680517-727744. | $ | 1,620.00 |
| 11/19/25 | AG | 0.9 | Reviewed and answered 40 Interrogatories | $ | 270.00 |
| 11/20/25 | EK | 3.4 | Reviewed Plaintiff's production of documents PLA727745-790286. | $ | 1,530.00 |
| 11/20/25 | AG | 1.1 | Reviewed and answered 40 Requests for Production | $ | 330.00 |
| 11/21/25 | EK | 4.6 | Reviewed Plaintiff's production of documents PLA790287-847963. | $ | 2,070.00 |
| 11/21/25 | DC | 0.2 | Drafted email to OC Chotiner re: outline for proposed extension of deadlines | $ | 80.00 |
| 11/21/25 | DC | 0.3 | Call with OC Chotiner | $ | 120.00 |
| 11/21/25 | DC | 0.3 | Email to Clients re: discussions with Chotiner, production, moving deadlines 3-4 months given the amount of production | $ | 120.00 |
| 11/21/25 | AG | 3.5 | Drafted Initial Responses to 60 Interrogatories and Requests for Production | $ | 1,050.00 |
| 11/21/25 | AG | 1.5 | Reviewed and redacted 1000 pages of Evidence | $ | 450.00 |
| 11/21/25 | AG | 2.5 | Drafted Initial Responses to 45 Interrogatories and Requests for Admissions. | $ | 750.00 |
| 11/22/25 | EK | 4.4 | Reviewed Plaintiff's production of documents PLA847964-901126. | $ | 1,980.00 |
| 11/23/25 | DC | 0.4 | Drafted Motion to Amend Scheduling Order (.3) and Forwarded to OC for review (.1) | $ | 160.00 |
| 11/24/25 | AG | 1.1 | Redacting and reviewing 650 documents to be uploaded in discovery, cataloguing the most important and relevant information | $ | 330.00 |
| 11/24/25 | AG | 1.2 | Redacting and reviewing 1050 documents to be uploaded in discovery, cataloguing the most important and relevant information | $ | 360.00 |
| 11/24/25 | AG | 2.2 | Using information from redacted documents, answered 30 interrogaties and 20 requests for production. | $ | 660.00 |
| 11/25/25 | AG | 0.5 | Prepparing motion in response to OC | $ | 150.00 |
| 11/25/25 | AG | 1.5 | Redacted 1000 pages of Evidence in Prep for Requests for Production | $ | 450.00 |
| 11/25/25 | AG | 1.6 | Redacted 1000 pages of Evidence in Prep for Requests for Production | $ | 480.00 |
| 11/25/25 | AG | 3.2 | Edited and Reviewed 150 Responses to Interrogatories | $ | 960.00 |
| 11/25/25 | AG | 2.5 | Edited and Reviewed 100 Responses to Requests for Production | $ | 750.00 |
| 11/26/25 | EK | 3.9 | Reviewed Plaintiff's production of documents PLA901127-955749. | $ | 1,755.00 |
| 11/26/25 | EK | 0.1 | Sent email to OC requesting Defendant's response to Plaintiffs' Requests for Admissions | $ | 45.00 |
| 11/26/25 | DC | 0.1 | Emailed Chotiner F/U on his edits to the Joint Motion to Amend Scheduling Order | $ | 40.00 |
| 11/26/25 | AG | 1.5 | Updated Requests for Production with the correct Bates numbers so that the responses corresponded correctly | $ | 450.00 |
| 11/26/25 | AG | 2 | Continued working on Requests for Production, Interrogatories, and Requests for Admissions | $ | 600.00 |
| 11/26/25 | AG | 1.1 | Contacted Clients and Finished the Requests for Admissions | $ | 330.00 |
| 11/26/25 | AG | 0.2 | Uploaded documents to dropbox, Sent email to Opposing Counsel included with Requests for Admissions | $ | 60.00 |
| 11/28/25 | EK | 0.1 | Reviewed DE 29, Joint MOTION to AmendCorrect [28] Order on Motion to AmendCorrect, [22] Scheduling Order, Order Re. | $ | 45.00 |
| 11/28/25 | DC | 0.2 | Reviewed Email from OC on Kimbo for Mediation, rates, and availability | $ | 80.00 |
| 11/28/25 | DC | 0.2 | Filed Joint Motion to Amend Scheduling Order, Proposed Order, and Forwarded Proposed Order to Chambers via Email | $ | 80.00 |
| 11/30/25 | DC | 0.1 | Emailed Clients to advise them depositions are being reset given our voluminous production of over 900k pages of evidence | $ | 40.00 |
| 11/30/25 | DC | 0.1 | Emailed Chotiner Plaintiff's availability for Mediation in January, and suggested Marc Silverman's availability | $ | 40.00 |

EK = Elliot Kozolchyk
DC = Dillon Cuthbertson
AG = Adam Grondin

**Exhibit A**

**Billing Statement**

**Koz Law, P.A.**

| Date | B | Time Billed | Description | | Fees Billed |
|---|---|---|---|---|---|
| 12/1/25 | EK | 0.1 | Reviewed DE 30, ORDER denying DE [29] Joint Motion to Amend Scheduling Order. Signed by Judge William P. Dimitroulea. | $ | 45.00 |
| 12/1/25 | DC | 0.1 | Emailed OC re: Mediation December 23, Depositions in January, and the Court's Order denying the Joint Motion | $ | 40.00 |
| 12/1/25 | DC | 0.3 | Coordinated December 15 with Mediator Dan Feld, Plaintiff's, and OC Adam Chotiner; multiple email chains | $ | 120.00 |
| 12/1/25 | DC | 0.1 | Booked Mediation with Dan Feld's Office | $ | 40.00 |
| 12/1/25 | AG | 0.9 | Splitting Interrogatories, creating signature block, editting respones | $ | 270.00 |
| 12/1/25 | AG | 1.9 | Splitting Interrogatories, creating signature block, editting respones | $ | 570.00 |
| 12/1/25 | AG | 0.5 | Splitting Requests for Admissions, creating signature block, editting repsonses | $ | 150.00 |
| 12/1/25 | AG | 1.3 | Splitting Requests for Production, and editting responses | $ | 390.00 |
| 12/1/25 | AG | 0.1 | Call clients to confirm answers to Interrogatories | $ | 30.00 |
| 12/1/25 | AG | 0.9 | Editted documents to conform to clients corrections, created 15 documents for Interrogatories, Requests for Production, and Requests for Admissions, created dropbox link, and emailed them to OC | $ | 270.00 |
| 12/2/25 | EK | 0.1 | Reviewed DE 31, NOTICE of Mediator Selection and Hearing. SelectedAdded Daniel T. Feld as Mediator. Mediation Heari. | $ | 45.00 |
| 12/2/25 | DC | 0.2 | Call with OC Chotiner re: Deposition rescheduling | $ | 80.00 |
| 12/3/25 | DC | 0.3 | Prepared Notices of Cancellation of Depositions (.1), Responded to OC Chotiner's Email indicaing Plaintiff's do not consent to Magistrate Jurisdiction and including the Notices (.2) | $ | 120.00 |
| 12/5/25 | DC | 0.7 | Reviewed New Additional Lawsuits filed agaist Plaintiffs from Defendants in State Court | $ | 280.00 |
| 12/8/25 | EK | 0.1 | Reviewed DE 32, Plaintiffs NOTICE of Mediation Hearing. | $ | 45.00 |
| 12/8/25 | DC | 1.3 | Reviewed Defendants Conferral Email on Discovery Deficiencies agsinst Plaintiff's Responses to Defendants Discovery Requests | $ | 520.00 |
| 12/8/25 | DC | 0.2 | Email chain with OC re reschedulilng Depositions/dates. Prepared Notice of Mediation | $ | 80.00 |
| 12/9/25 | DC | 0.1 | Forwarded Mediation Information to Clients | $ | 40.00 |
| 12/9/25 | DC | 0.3 | Prepared Re-Notice of Depositions for Defendats (.2) and Served on OC Chotiner (.1) | $ | 120.00 |
| 12/10/25 | DC | 0.1 | Forwarded Re-Notices of Deposition for Plaintiff's to clients | $ | 40.00 |
| 12/12/25 | DC | 1 | Conferral Call with OC on Plaintiff's Discovery Responses | $ | 400.00 |
| 12/14/25 | DC | 6.8 | Reviewed evidence with Clients, Discussed Mediation, Settlement Posture, Collections, Implications of Settlement on State Court Litigation, Bankruptcy Procedure of Defendants, Defending an Adversarial Action in Bankrupcy Court, Recent State Court Filings by Defendants against Plaintiffs, Mary Batista as Decision Maker, Parties Presence, Foregoing Opening Statements in Mediation | $ | 2,720.00 |
| 12/15/25 | EK | 0.1 | Reviewed DE 33, FINAL MEDIATION REPORT held before Mediator Daniel Feld. Prepared by- Daniel Feld. Filed by Daniel T. | $ | 45.00 |
| 12/15/25 | DC | 1 | Final Mediation Prep with Clients Before Mediation | $ | 400.00 |
| 12/15/25 | DC | 4 | Mediation with Dan Feld | $ | 1,600.00 |
| 12/15/25 | DC | 0.8 | Discussed next steps with Clients after impasse | $ | 320.00 |
| 12/18/25 | DC | 0.1 | Email to OC re: scheduling additional discovery conferral call | $ | 40.00 |
| 12/23/25 | DC | 0.1 | Reviewed Email from OC re: his withdrawal, notified Plaintiffs | $ | 40.00 |
| 12/24/25 | DC | 0.1 | Emailed OC to find out whether Defendants are suspending Plaintiffs depositions pending his withdrawal | $ | 40.00 |
| 1/5/26 | EK | 0.2 | Reviewed DE 34 and attachments, Consent MOTION to Withdraw as Attorney by Adam S. Chotiner for by -IRockloans I, LLC, Active Prope. | $ | 90.00 |
| 1/6/26 | EK | 0.1 | Reviewed DE 35, ORDER granting DE [34] UnopposedConsent Motion to Withdraw as Attorney for All Defendants. Adam S.. | $ | 45.00 |
| 1/6/26 | EK | 0.1 | Reviewed DE 36, INITIAL ORDER OF INSTRUCTIONS TO PRO SE LITIGANTS. Signed by Judge William P. Dimitrouleas on 1620. | $ | 45.00 |
| 1/7/26 | DC | 0.1 | Responded to Pro Se Defendant Villaroel that Plaintiffs' would not be sitting for deposition | $ | 40.00 |
| 1/9/26 | EK | 0.3 | Reviewed DE 38, Defendants Motion to Drop Misjoined Defendants Pursuant to Federal Rule of Civil Procedure 21 by Ma. | $ | 135.00 |
| 1/12/26 | EK | 0.2 | Reviewed DE 39, MOTION to Reconsider and Reopen Limited Discovery for Good Cause by Mary Batista and James Villarroe. | $ | 90.00 |

EK = Elliot Kozolchyk
DC = Dillon Cuthbertson
AG = Adam Grondin

**Exhibit A**

**Billing Statement**

**Koz Law, P.A.**

| Date | B | Time Billed | Description | | Fees Billed |
|---|---|---|---|---|---|
| 1/12/26 | EK | 0.1 | Reviewed DE 40, NOTICE of Pro Se Appearance by Mary Batista and James Villarroel.. | $ | 45.00 |
| 1/12/26 | EK | 0.2 | Reviewed DE 41, MOTION to Compel Depositions and to Require Plaintiffs to Provide a Usable, Labeled, and Indexed Doc. | $ | 90.00 |
| 1/20/26 | EK | 0.2 | Reviewed DE 42, MOTION for Protective Order by Mary Batista, James Villarroel.. | $ | 90.00 |
| 1/21/26 | EK | 0.1 | Reviewed DE 43, ORDER TO SHOW CAUSE WHY DEFENDANTS JAMES VILLARROEL AND MARY BATISTA SHOULD NOT BE DISMISSED. Show C. | $ | 45.00 |
| 1/23/26 | EK | 0.3 | Reviewed DE 44, RESPONSE in Opposition re [38] MOTION Defendants Motion to Drop Misjoined Defendants Pursuant to Fe. | $ | 135.00 |
| 1/26/26 | EK | 0.3 | Reviewed DE 47, RESPONSE in Opposition re [39] MOTION for Reconsideration filed by Elbay Ahmadov, Carl Leonard Goldb. | $ | 135.00 |
| 1/26/26 | EK | 0.3 | Reviewed DE 49, RESPONSE in Opposition re [42] MOTION for Protective Order filed by Elbay Ahmadov, Carl Leonard Gold. | $ | 135.00 |
| 1/28/26 | EK | 0.1 | Reviewed DE 50, OMNIBUS ORDER DENYING PRO SE DEFENDANTS MOTIONS RELATED TO DISCOVERYdenying DE [39] MOTION to Recon. | $ | 45.00 |
| 1/30/26 | EK | 0.1 | Reviewed DE 51, ORDER DENYING PRO SE MOTIONS DE [38] Defendants Motion to Drop Misjoined Defendants Pursuant to Fed. | $ | 45.00 |
| 2/5/26 | EK | 0.1 | Reviewed DE 52, MOTION for Extension of Time (30) days to Obtain Counsel and Appear in the Record by Mary Batista, J. | $ | 45.00 |
| 2/6/26 | EK | 0.1 | Reviewed DE 53, ORDER DENYING MOTION FOR EXTENSION OF TIME REQUIRING PLAINTIFFS TO FILE MOTION FOR DEFAULT JUDGMENT. | $ | 45.00 |
| 2/10/26 | AG | 8 | Began working on the Default Judgment, Preparing Motions to send to judges, creating Affidavits for the Clients to sign. | $ | 2,400.00 |
| 2/11/26 | AG | 5 | Continued working on the Default Judgment, Preparing Motions to send to judges, creating Affidavits for the Clients to sign. | $ | 1,500.00 |
| 2/11/26 | AG | 0.5 | Called Clients to discuss Affidavits, documents, and the next steps of the process | $ | 150.00 |
| 2/12/26 | AG | 1.1 | Continued working on the Default Judgment, Preparing Motions to send to judges, creating Affidavits for the Clients to sign. | $ | 330.00 |
| 2/13/26 | EK | 0.3 | Reviewed DE 54 and attachments, Plaintiffs MOTION for Default Judgment Against IROCK LOANS, LLC, IROCK LOANS CBF, LLC, -IROCKLOANS. | $ | 135.00 |
| 2/13/26 | AG | 4.2 | Continued working on the Default Judgment, Preparing Motions to send to judges, creating Affidavits for the Clients to sign. | $ | 1,260.00 |
| 2/17/26 | EK | 0.1 | Reviewed DE 55, ORDER granting DE [54] Motion for Default Judgment. Signed by Judge William P. Dimitrouleas on 217. | $ | 45.00 |
| 2/17/26 | EK | 0.1 | Reviewed DE 56, DEFAULT FINAL JUDGMENT in favor of Carl Leonard Goldberg and Elbay Ahmadov against -IRockloans I, LL. | $ | 45.00 |
| 2/17/26 | AG | 2.2 | Began working on the Summary Judgment, doing case research, creating Affidavits for the Clients to sign. | $ | 660.00 |
| 2/17/26 | AG | 3.1 | Continued working on the Summary Judgment, doing case research, creating Affidavits for the Clients to sign. | $ | 930.00 |
| 2/18/26 | AG | 1.8 | Continued working on the Summary Judgment, doing case research, creating Affidavits for the Clients to sign. | $ | 540.00 |
| 2/23/26 | EK | 1.3 | Reviewed DE 57 and attachments, Plaintiffs MOTION for Summary Judgment Against IROCK LOANS, LLC, IROCK LOANS CBF, LLC, -IROCKLOANS. and Reviewed DE 58, Statement of- Plaintiffs Statement of Material Facts by Elbay Ahmadov, Carl Leonard Goldberg re [57. | $ | 585.00 |
| 2/23/26 | AG | 8 | Continued working on the Summary Judgment, reviewing depositions, creating Declaration, doing more case research, filed, and mailed. | $ | 2,400.00 |
| 3/10/26 | EK | 0.1 | Reviewed DE 59, ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE GRANTED. Show Cause Response due by 3182026. Signed b. | $ | 45.00 |
| 3/19/26 | EK | 0.1 | Reviewed DE 61, ORDER GRANTING DE [57] PLAINTIFF CARL LEONARD GOLDBERG AND ELBAY AHMADOVS MOTION FOR SUMMARY JUDGME. | $ | 45.00 |
| 3/19/26 | EK | 0.1 | Reviewed DE 62, FINAL JUDGMENT in favor of Carl Leonard Goldberg, Elbay Ahmadov against James Villarroel, Mary Batis. | $ | 45.00 |
| 4/17/26 | DC | 0 | Prepared Plaintiffs MOTION for Extension of Time to confer on, and file, Plaintiffs Motion for Fees and Cos. | $ | - |
| 4/20/26 | EK | 0.1 | Reviewed DE 65, Plaintiffs MOTIONAPPLICATION for Writ of Garnishment on Bank of America, N.A. by Elbay Ahmadov, Ca. | $ | 45.00 |

EK = Elliot Kozolchyk
DC = Dillon Cuthbertson
AG = Adam Grondin

**Exhibit A**

**Billing Statement**

**Koz Law, P.A.**

| Date | B | Time Billed | Description | | Fees Billed |
|---|---|---|---|---|---|
| 4/20/26 | EK | 0.1 | Reviewed DE 66, Plaintiffs MOTIONAPPLICATION for Writ of Garnishment on JPMORGAN CHASE BANK, N.A. by Elbay Ahmadov. | $ | 45.00 |
| 4/20/26 | EK | 0.1 | Reviewed DE 67, Plaintiffs MOTIONAPPLICATION for Writ of Garnishment on WELLS FARGO BANK, N.A. by Elbay Ahmadov, C. | $ | 45.00 |
| 4/20/26 | EK | 0.1 | Reviewed DE 68, NOTICE of Attorney Appearance by Melissa Ann Giasi on behalf of - IRockloans I, LLC, Active Propertie. | $ | 45.00 |
| 4/20/26 | EK | 0.1 | Reviewed DE 69, ORDER granting in part [64] Motion for Extension of Time to Confer on, and File, Plaintiffs Motion. | $ | 45.00 |
| 4/20/26 | EK | 0.3 | Reviewed DE 71, MOTION to Alter Judgment by Mary Batista, James Villarroel. Responses due by 542026.. | $ | 135.00 |
| 4/21/26 | EK | 0.1 | Reviewed DE 72, ORDER TO SHOW CAUSE. Show Cause Response due by 4282026. Signed by Judge William P. Dimitrouleas o. | $ | 45.00 |
| 4/28/26 | EK | 0.1 | Reviewed DE 73, RESPONSE TO ORDER TO SHOW CAUSE re [72] Order to Show Cause by Elbay Ahmadov, Carl Leonard Goldberg.. | $ | 45.00 |
| 4/28/26 | AG | 6.1 | Drafted Response to Order to Show Cause, Obtained Declaractions from all parties involved, did background research into Defendants past history with avoidance, and filed in the CM ECF Portal | $ | 1,830.00 |
| 5/1/26 | EK | 0.1 | Reviewed DE 74, ORDER denying DE [71] Motion to Vacate Default Judgment. This case remains closed. Signed by Judge W. | $ | 45.00 |
| 5/4/26 | EK | 0.1 | Reviewed DE 75, Renewed MOTION for Writ of Garnishment on James Villarroel and Mary Batista by Elbay Ahmadov, Carl L. | $ | 45.00 |
| 5/4/26 | EK | 0.1 | Reviewed DE 76, Renewed MOTION for Writ of Garnishment on James Villarroel and Mary Batista by Elbay Ahmadov, Carl L. | $ | 45.00 |
| 5/4/26 | EK | 0.1 | Reviewed DE 77, Renewed MOTION for Writ of Garnishment on James Villarroel and Mary Batista by Elbay Ahmadov, Carl L. | $ | 45.00 |
| 5/4/26 | AG | 0.5 | Drafted and filed Renewed Writ of Garnishments on Defendants 3 bank accounts | $ | 150.00 |
| 5/4/26 | EK | 1 | Drafted Motion for Fees | $ | 450.00 |

| | | |
|---|---|---|
| **EK Time Billed** | | 123 |
| **DC Time Billed** | | 32.6 |
| **AG Time Billed** | | 88.4 |
| **EK Hourly Rate** | $ | 450.00 |
| **DC Hourly Rate** | $ | 400.00 |
| **AG Hourly Rate** | $ | 300.00 |
| **Total Fees Billed** | $ | 94,910.00 |
| **Mediation Costs** | $ | 750.00 |
| **Total** | **$** | **95,660.00** |



EK = Elliot Kozolchyk
DC = Dillon Cuthbertson
AG = Adam Grondin